# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ABDUL WAKIL AMIRI,

     Plaintiff,

       v.

GELMAN MANAGEMENT COMPANY,
*et al.*,

     Defendants.

Civil Action No.  08-1864 (JDB)

## MEMORANDUM OPINION

Defendants argue that plaintiff's "nine-page, stream-of-consciousness, hand-written Complaint, " Defs.' Mot. to Dismiss for Failure to State a Claim ¶ 3, fails to state a claim upon which relief can be granted.  They move to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure.  *See id.* ¶¶ 6-24.  The motion simply recites each of plaintiff's claims and then states the conclusion that there is a failure to state a claim.  Wholly absent from defendants' motion is any substantive argument for dismissal or citation to authority other than the federal rule on which they rely.  The Court will deny the motion without prejudice, and will direct defendants to file a dispositive motion which "shall include or be accompanied by a statement of the specific points of law and authority that support the motion, including where appropriate a concise statement of facts."  LCvR 7(a).

An Order accompanies this Memorandum Opinion.

 

                                         /s/
                             JOHN D. BATES
                             United States District Judge

DATE:  June 19, 2009